UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80155-CR-MARRA/HOPKINS(s)(s)(s)

UNITED STATES OF AMERICA

vs.

PETER DEL TORO,

Defendant.

_____/

### REPORT AND RECOMMENDATION ON THE GOVERNMENT'S *DAUBERT* MOTION REGARDING KENNETH WOLINER (DE 992)

This cause came before this Court on an Order of Referral (DE 494). The Court has before it THE GOVERNMENT'S *DAUBERT* MOTION REGARDING KENNETH WOLINER (DE 992), the response (DE 1001) and the reply (DE 1019). A hearing was held on October 11, 2013.

At the hearing the Government did not contest Doctor Kenneth Woliner's qualifications to testify as an expert medical doctor. The parties agreed that Doctor Woliner could testify about whether prescriptions were issued for a legitimate medical purpose and whether they were issued outside the usual course of medical practice.

Thus, it is hereby **RECOMMENDED** that THE GOVERNMENT'S *DAUBERT* MOTION REGARDING KENNETH WOLINER (DE 992) be **DENIED** as moot.

### NOTICE OF RIGHT TO OBJECT

Pursuant to Local Magistrate Rule 4(b), the parties shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Kenneth A. Marra

within *four (4) business days* (until October 28, 2013) after being served with a copy. The Court is expediting any objections to this Report and Recommendation based upon the imminent trial date and pursuant to S.D. Fla. Local Mag. J. R. 4(a). Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein. See 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2); *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988); *Nettles v. Wainright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (*en banc*).

**DONE** and **SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 22 day of October, 2013.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Kenneth A. Marra
Counsel of record