UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PETER DEL TORO,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Motion by United States to Exclude, or in the Alternative, Limit the Testimony of Kenneth Woliner [DE 992] and the Magistrate Judge's Report and Recommendation [DE 1189]. After a *de novo* review of the Defendant's Motion, the Report of the Magistrate Judge and the entire record, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** The Government's Motion to Exclude the Testimony of Kenneth Woliner **[DE 992]** is **DENIED AS MOOT.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of November, 2013.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel