UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80155-CR-MARRA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

PETER DEL TORO,

     Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motions in Limine as to Testimony Offered by Proposed Government Witness Paul Doering During the Trial of this Matter [DE 960] and the Magistrate Judge's Report and Recommendation [DE 1188].   After a *de novo* review of the Defendant's Motion, the Report of the Magistrate Judge, Defendant's Objections [DE 1192], and the entire record, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**  Defendant's Motion in Limine **[DE 960]** is **DENIED.**

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of November, 2013.

_____
KENNETH A.  MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge James M. Hopkins
All counsel